1  LIONEL Z. GLANCY (#134180)
2  MICHAEL GOLDBERG (#188669)
   GLANCY BINKOW & GOLDBERG LLP
3  1801 Avenue of the Stars, Suite 311
   Los Angeles, California 90067
4  Telephone:      (310) 201-9150
   Facsimile:      (310) 201-9160
5  E-mail:         info@glancylaw.com

6
7  U. SETH OTTENSOSER
   JOSEPH R. SEIDMAN, JR.
   BERNSTEIN LIEBHARD LLP
8  10 East 40th Street
9  New York, NY  10016
   Telephone: (212) 779-1414
10 Facsimile:  (212) 779-3218

11 *Attorneys for Plaintiff Edward A. Ahola*

12                        **UNITED STATES DISTRICT COURT**
13
                          **NORTHERN DISTRICT OF CALIFORNIA**
14

15 | EDWARD A. AHOLA, Individually and on Behalf of All Others Similarly Situated, | No. 4:10-cv-05822-PJH |
   |---|---|
16 |  | <u>CLASS ACTION</u> |
17 | Plaintiff, |  |
18 | vs. | **NOTICE OF VOLUNTARY DISMISSAL** AND ORDER |
19 | GERON CORPORATION and DAVID L. GREENWOOD, |  |
20 |  |  |
21 | Defendants. |  |

Whereas Plaintiff has determined not to proceed with this action, and has received no compensation or payments of any kind from Defendants, Plaintiff hereby voluntarily dismisses the action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

Dated: February 14, 2011

**GLANCY BINKOW & GOLDBERG LLP**

 /s/ *Michael Goldberg*

Michael Goldberg
Lionel Z. Glancy
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**BERNSTEIN LIEBHARD LLP**
U. Seth Ottensoser
Joseph R. Seidman, Jr.
10 E. 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218

*Attorneys for Plaintiff*

2/15/11

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO NORTHEN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 45**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court.  I am over the age of 18 and not a party to the within action.  My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California  90067.

On February 14, 2011, I caused to be served the following document:

**NOTICE OF VOLUNTARY DISMISSAL**

By posting this document to the ECF Website of the United States District Court for the Northern District of California, for receipt electronically by the parties as reflected on the attached Court's Service List.

And on any non-ECF registered party:

**By Mail**: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service.  I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service.  In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 14, 2011, at Los Angeles, California.

                               *s/ Michael Goldberg*
                               Michael Goldberg

# Mailing Information for a Case 4:10-cv-05822-PJH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lionel Z. Glancy**
  info@glancylaw.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Louis David Nefouse**
  dnefouse@wsgr.com,lbeltran@wsgr.com

- **Uri Seth Ottensoser**
  ottensoser@bernlieb.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Joseph R. Seidman                                                          , Jr
Bernstein Liebhard LLP
10 East 40th Street
New York, NY 10016
```

```
Boris Feldman
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
```